No. 5289. CARRIER v. BOLING. C. A. 5th Cir. Certiorari denied.

No. 5293. HUNT v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 5294. MALONEY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 5297. EISEN v. EASTMAN. C. A. 2d Cir. Certiorari denied.

No. 5298. MATALON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5299. CRAWFORD v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 5300. MORENO-VALLEJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5301. APPLEGATE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5302. INSANA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5304. RODRIQUEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 5306. REED v. KIRK, GOVERNOR OF FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 5307. PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5308. MATTHEWS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.